UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JOSHUA REILLY,

       Plaintiff,                                    Case No. 1:09-cv-892

v.                                                        Hon. Janet T. Neff

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.
_____/

## **ORDER APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 33), filed September 9, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss and/or Consolidate (Dkt. 27) is **GRANTED** for the reason(s) stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this action shall be transferred to the United States District Court for the Eastern District of Michigan.


Dated: September 24, 2010                      /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            UNITED STATES DISTRICT JUDGE